# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137392(58)

DONNA NOE,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant-Appellee.

SC: 137392
COA: 278727
Wayne CC: 06-612135-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's March 18, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, C.J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

d1019